DAVID P. CUSICK, TRUSTEE
P O BOX 1858
SACRAMENTO, CA 95812-1858
(916) 856-8000

FILED
OCT -5 2015

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
SACRAMENTO DIVISION

In re:                                  ) Case No.: No. 10-39995-E-13C
                                        )
USREY, JAMES BRADLEY                    ) UNCLAIMED FUNDS
USREY, JANE ELLEN                       )
                                        )
            Debtor(s)                   )

TO THE CLERK, U. S. BANKRUPTCY COURT:

Please find submitted herewith check #751307 in the sum of $1,219.59 representing the total amount of unclaimed dividend(s) in the above-entitled estate. This sum is being paid over pursuant to 11 U. S. C. Section 347(a) and Bankruptcy Rule 3011. The name(s) and address(es) is (are) as follows:

| CLAIM NO. | NAME & ADDRESS OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT OF DIVIDEND |
|---|---|---|---|
| 40 | Steven A. Booska, Esq.<br>25 Kearny St., Suite 500<br>San Francisco, CA 94108 | $12,845.57 | $1,219.59 |

TOTAL CHECK $1,219.59

Dated this 21st day of September, 2015.     BY: _____
                                                 TRUSTEE